UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HAVILAND, | : | 3:13-cv-0101 |
| Plaintiff | : | |
| vs. | : | Hon. John E. Jones III |
| SCHUYLKILL COUNTY PRISON, *et al.*, | : | |
| Defendants | : | |

# ORDER

**January 14, 2019**

**NOW THEREFORE**, in accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. This action is **DISMISSED** for failure of the deceased Plaintiff's representative/successor to prosecute.

2. The Clerk of Court **SHALL MAIL** a copy of this Memorandum and Order to the Plaintiff's next of kin: Barbara Markey, 730 Columbia Avenue, Landsdale, PA 19446.

3. The Clerk of Court need not mail a copy of this Memorandum and Order to the Plaintiff inasmuch as Plaintiff is deceased.

4. The Clerk of Court is directed to **CLOSE** the case.

s/ John E. Jones III
John E. Jones III
United States District Judge